UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MICHAEL S. RULLE FAMILY DYNASTY TRUST<br><br>Plaintiff<br><br>vs.<br><br>AGL LIFE ASSURANCE COMPANY,<br><br>Defendant | Case No. 2:10-cv-00231-PD |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
(Civil Action)

The non-governmental corporate party, The Michael S. Rulle Family Dynasty Trust, Plaintiff, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Date: March 4, 2010

_____
William R. Connelly, Esq.
Counsel for Plaintiff