

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MICHAEL S. RULLE<br>FAMILY DYNASTY TRUST | : | CIVIL ACTION |
| VS. | : | |
| AGL LIFE ASSURANCE<br>COMPANY | : | NO. 10-cv-231 |

FILED APR 01 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this **29th** day of **MARCH, 2010**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Paul S. Diamond to the calendar of the Honorable Berle M. Schiller.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

*Michael E. Kunz*

MICHAEL E. KUNZ
Clerk of Court