IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL S. RULLE FAMILY DYNASTY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> AGL LIFE ASSURANCE COMPANY, <br><br> Defendant | Civil Action No. 2:10-cv-00231-BMS <br><br> Hon. Berle M. Schiller |

### PLAINTIFF MICHAEL S. RULLE FAMILY DYNASTY TRUST'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT PURSUNT TO RULE 15(a)

Plaintiff, Michael S. Rulle Family Dynasty Trust, by his undersigned counsel, and and pursuant to Rule 15(a) of the Rules of Court, respectfully requests that this Court grant Plaintiff leave to file an Amended Complaint.

Plaintiff relies upon the accompanying Affidavit of William R. Connelly in support of this Application and a copy of the proposed Amended Complaint is annexed thereto.

Dated: April 30, 2010

Respectfully submitted,

_____
William R. Connelly
Law Offices of William R. Connelly, LLC
7 West Main Street
Mendham, New Jersey 07945
Phone: (973) 543-5301
Fax: (973) 543-5140