# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE MICHAEL S. RULLE** | : | |
| **FAMILY DYNASTY TRUST** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 10-231** |
| **AGL LIFE ASSURANCE COMPANY** | : | |

## O R D E R

**AND NOW**, this **3**rd day of **May, 2010**, it is hereby **ORDERED** that:

1.  Plaintiff's Motion to Amend the Complaint (Document No. 18) is **GRANTED** and the Clerk is directed to docket the Amended Complaint included with Document No. 18.

2.  Defendant's Motion to Dismiss (Document No. 11) is **DENIED without prejudice**.

3.  Defendant shall answer, move, or otherwise respond to Plaintiff's Amended Complaint on or before **Tuesday, May 18, 2010**.

4.  If Defendant files a motion to dismiss, Plaintiff shall respond to the motion on or before **Tuesday, June 1, 2010**.

5.  Defendant may file a reply brief on or before **Tuesday, June 8, 2010**.

6.  Defendant's brief in support of its motion to dismiss the Amended Complaint and

Plaintiff's response to Defendant's motion shall not exceed 35 pages.

Defendant's reply shall not exceed 10 pages.  The parties need not re-file exhibits

that are already on the docket.

BY THE COURT:

_____
Berle M. Schiller, J.