IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MICHAEL S. RULLE FAMILY DYNASTY TRUST, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AGL LIFE ASSURANCE COMPANY, | : | No. 10-231 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **7th** day of **July**, **2010**, upon consideration of Defendant AGL Life Assurance Company's Motion to Dismiss the Amended Complaint, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons contained in this Court's Memorandum dated July 7, 2010, it is hereby **ORDERED** that:

1. The motion (Document No. 22) is **GRANTED** in part.

2. Counts I, III, IV, and V of Plaintiff's Amended Complaint are **DISMISSED**.

3. The Parties shall file additional briefing on the Choice of Law issue on or before **July 28, 2010**. Such briefs shall not exceed twenty pages.

    a. Each Party may, but is not required to, file a response thereto on or before **August 6, 2010**.

    b. Any response shall not exceed ten pages.

BY THE COURT:

_____
**Berle M. Schiller, J.**