**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE MICHAEL S. RULLE | : | |
| FAMILY DYNASTY TRUST, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AGL LIFE ASSURANCE COMPANY, | : | No. 10-231 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **8th** day of **September, 2010**, upon consideration of Defendant AGL Life Assurance Company's Motion to Dismiss the Amended Complaint, Plaintiff's response thereto, Defendant's reply thereon, the supplemental briefs filed in accordance with Paragraph Three of this Court's July 7, 2010 Order, and for the reasons contained in this Court's Memorandum dated September 8, 2010, it is hereby **ORDERED** that:

1. The motion (Document No. 22) is **GRANTED**.

2. Counts II, VI, VII, and VIII of Plaintiff's Amended Complaint are **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**