# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MICHAEL S. RULLE FAMILY DYNASTY TRUST,<br><br>   Plaintiff<br><br>v.<br><br>AGL LIFE ASSURANCE COMPANY,<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>) Case No. 10-231<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that The Michael S. Rulle Family Dynasty Trust, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an order dismissing Plaintiff's Amended Complaint entered in this action on September 8, 2010.

Date: October 8, 2010

[signature]
William R. Connelly
Attorney for Plaintiff
7 West Main Street
Mendham, NJ  07945
wconnelly@connellylaw.net
973-543-5301